## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ELIZABETH PITCOCK**                                                                 **PLAINTIFF**

**v.**                                        **No. 3:23-cv-00237-BRW-ERE**

**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

### ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 13 November 2023.

_____
UNITED STATES MAGISTRATE JUDGE