IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ELIZABETH CLARE PITCOCK BEST**                                                   **PLAINTIFF**

V.                                       No. 3:23-CV-00237 BRW

**MARTIN O'MALLEY,**
**Commissioner of Social Security**                                                **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. Plaintiff lodges many objections, but, essentially, she disagrees with the conclusion. A few examples:

1.      Nurse Landrum's assessment had Plaintiff nearly immobile. But, as the ALJ noted, no other provider, before or after the alleged onset date, described Plaintiff's impairments as severe as Nurse Landrum. Additionally, the state medical consultants' opinions supported a finding that Plaintiff could perform one of the jobs she was already doing part time.

2.      Plaintiff argues that there were no other restrictions from other doctors because no one asked them about restrictions. If restrictions were needed, it would have been evident from the records or obvious to the treatment provider. The absence of restrictions also goes against Plaintiff's claims of severe daily pain.

3.      Plaintiff asserts that there was only one instance of non-compliance. To the contrary, Plaintiff performed no exercise, no yoga, and skipped the pain clinic several times when questioned whether she was properly using her pain medication.

4.      Plaintiff's argument that Nurse Landrum's opinion was rejected *only* because it was a check box form is contrary to the record. Additionally, the comments on the form were simply a generic resuscitation of diagnoses unsupported by other evidence.

After carefully considering these documents and after a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner.

IT IS SO ORDERED this 6th day of August, 2024.

                                           Billy Roy Wilson_____
                                           UNITED STATES DISTRICT JUDGE