IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ELIZABETH CLARE PITCOCK BEST**                                             **PLAINTIFF**

**V.**                          **No. 3:23-CV-00237 BRW**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**                                    **DEFENDANT**

### JUDGMENT

Consistent with today's Order, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 6th day of August, 2024.

                                                                  Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE